**Maria DOMINGO-LUCAS Petitioner**

v.

**Jefferson B. SESSIONS, III, Attorney General of the United States Respondent**

**No. 17-1652**

United States Court of Appeals, Eighth Circuit.

Submitted: January 22, 2018

Filed: January 25, 2018

Marisa-Andrea Moore, Law Office of Marisa-Andrea Moore, Grand Island, NE, for Petitioner

Laura M.L. Maroldy, Carl H. McIntyre, OIL, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Guatemalan Maria Domingo-Lucas petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from the decision of an immigration judge, which denied her request for asylum and withholding of removal. Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

This court concludes that substantial evidence supports the agency's determination that Domingo-Lucas failed to show that the Guatemalan government is unable or unwilling to control the private actor that she fears. This finding is dispositive of Domingo-Lucas's asylum claim. *See Gutierrez-Vidal v. Holder*, 709 F.3d 728, 731-33 (8th Cir. 2013) (standard of review and asylum requirements; noting that without government imprimatur, asylum claims based on the conduct of private parties fail; specifically finding no well-founded fear of persecution). Because Domingo-Lucas did not satisfy asylum's less rigorous burden, her withholding claim necessarily fails also. *See id.* at 733-34.

The petition for review is denied.